UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GARY S. STONE. ET AL., individually and on behalf of other similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE.<br><br>Defendant. | Case No. 8:04-CV-176-T-26 EAJ<br>COLLECTIVE ACTION |

## ORDER

This Matter is before the Court on the Parties' joint motion for Court approval of their settlement agreement and entry of an order of dismissal. The Parties have entered into the attached settlement agreement disposing of all claims brought by the Plaintiffs. The Court, having reviewed the executed settlement agreement, hereby finds that the agreement represents a reasonable compromise of the Plaintiffs' claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law. Accordingly, it is,

**ORDERED AND ADJUDGED** as follows:

The Parties' Joint Motion Requesting Approval of Settlement Agreement and Entry of Order of Dismissal is hereby GRANTED, which encompasses all of the named and opt-in Plaintiffs who have joined this case.

EXHIBIT 2

This case is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs, except as set forth in the parties' settlement agreement. The Court shall reserve jurisdiction to enforce the terms of the parties' settlement agreement.

DONE AND ORDERED this ___22___ day of ___August___, 2005 in Chambers in Hillsborough County, Florida.

THE HONORABLE RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

EXHIBIT 2